IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAREY POTTS, § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-97-3997 |
| § | |
| WILLIAM MARCH RICE UNIVERSITY, § | |
| Defendant. § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

Pending before the Court is Defendant's Unopposed Motion for Continuance (Document No. 7) seeking a continuance of the March 4, 1998 Rule 16 Conference in this matter.

Having considered the motion, and the applicable law, the Court finds that the motion is meritorious and should in all things be granted. Accordingly, Defendant's Motion for Continuance (Document No. 7) is GRANTED.

Counsel and any unrepresented parties in the above entitled matter shall appear before United States Magistrate Judge Frances H. Stacy on May 6, 1998, at 9:00 a.m. in Courtroom 702 to formulate a Scheduling Order in this case. Please bring your calendar to this conference.

Prior to the Rule 16 Conference the parties must conduct the initial FED. R. CIV. P. 26 meeting, make mandatory disclosures in accordance with that Rule and file the Case Management Plan. The parties should be prepared to discuss every aspect of the case, including the discovery plan, settlement possibilities, mediation, and the merits of motions that are pending or anticipated.

Signed at Houston, Texas, this 18th day of February, 1998.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE