IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAREY POTTS, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H97-3997 |
| | § | |
| WILLIAM MARSH RICE UNIVERSITY, | § | |
|     Defendant. | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 2 1998

Michael N. Milby, Clerk

APPEARANCES:

| Counsel: | Representing: |
|---|---|
| L. Chapman Smith | Defendant |
| Njeri Mathis | Defendant |
| Gregg Rosenberg | Plaintiff |
| Todd Slobin | Plaintiff |

DOCKET ENTRY/MEMORANDUM & ORDER:

    Counsel for the parties in the above entitled matter appeared before the undersigned Magistrate Judge for a Rule 16 Scheduling Conference. A Scheduling Conference was held and a Scheduling Order was entered.

    Signed at Houston, Texas, this <u>2nd</u> day of July, 1998.

*Frances H. Stacy*
FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE

#14