FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Clerk, U.S. District Court
Southern District of Texas
ENTERED
SEP - 1 1998
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CAREY POTTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. H-97-3997 |
| | § | |
| WILLIAM MARSH RICE UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

The Court GRANTS the joint motion to dismiss with prejudice.

It is ORDERED that the claims of plaintiff Carey Potts are dismissed with prejudice under Fed. R. Civ. P. 41(a), with all costs to be borne by the party incurring them.

SIGNED this 1st day of September, 1998.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

HOU02:579730.5
002376.0815